UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JIMMY LOUIS HARRIS, JR.
SAMANTHA ANNE FREEMAN

JUL 16 2025 PM4:14
FILED - USDC - FLMD - TPA

CASE NO.    8:25-cr-356-VMC-AAS
21 U.S.C. § 846
(Conspiracy to Distribute a
Controlled Substance)
21 U.S.C. § 841(a)(1)
(Possession with Intent to
Distribute Controlled Substances)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy to Distribute a Controlled Substance)

Beginning on an unknown date, but not later than on or about July 3, 2024, and continuing through on or about August 16, 2024, in the Middle District of Florida, the defendants,

JIMMY LOUIS HARRIS, JR. and
SAMANTHA ANNE FREEMAN,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute methamphetamine, a Schedule II controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO
### (Distribution of Controlled Substances)

On or about July 3, 2024, in the Middle District of Florida, the defendant,

SAMANTHA ANNE FREEMAN,

did knowingly and intentionally possess with intent to distribute a controlled

substance, which violation involved 50 grams or more of methamphetamine, a

Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT THREE
### (Distribution of Controlled Substances)

On or about July 17, 2024, in the Middle District of Florida, the defendant,

SAMANTHA ANNE FREEMAN,

did knowingly and intentionally possess with intent to distribute a controlled

substance, which violation involved 50 grams or more of methamphetamine, a

Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR
### (Distribution of Controlled Substances)

On or about July 24, 2024, in the Middle District of Florida, the defendants,

JIMMY LOUIS HARRIS, JR. and
SAMANTHA ANNE FREEMAN,

2

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE
**(Distribution of Controlled Substances)**

On or about August 7, 2024, in the Middle District of Florida, the defendants,

JIMMY LOUIS HARRIS, JR. and
SAMANTHA ANNE FREEMAN,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT SIX
**(Possession with Intent to Distribute Controlled Substances)**

On or about August 16, 2024, in the Middle District of Florida, the defendant,

JIMMY LOUIS HARRIS, JR.,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1.    The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.    Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    If any of the property described above, as a result of any acts or omissions of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property, which cannot be divided without difficulty,

4

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By:  _____
Samantha E. Beckman
Assistant United States Attorney

By:  _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and
Racketeering Section

5

FORM OBD-34

June 25                          No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### JIMMY LOUIS HARRIS, JR.
### SAMANTHA ANNE FREEMAN

## INDICTMENT

Violations: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill,

_____ Foreperson

Filed in open court this <u>16th</u>

day of July 2025.

_____C. Reaves_____
Clerk

Bail $_____

GPO 863 525