UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-356-VMC-AAS

JIMMY LOUIS HARRIS, JR.

**MOTION TO APPEAR ON
BEHALF OF GOVERNMENT COUNSEL OF RECORD**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this motion for Assistant United States

Attorney Candace Garcia Rich to appear on behalf of Assistant United States

Attorney Samantha Beckman, who is counsel of record for the government.

AUSA Beckman is sick and scheduled for a doctor's appointment at the same

time as this status hearing. The undersigned requests permission for Assistant United

States Attorney Candace Garcia Rich to appear at the status conference scheduled

for July 16, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Samantha E. Beckman*
Samantha E. Beckman
Assistant United States Attorney
Florida Bar No. 102533
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.Beckman@usdoj.gov

**U.S. v. Jimmy Harris, Jr.**              **Case No. 8:25-cr-356-VMC-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Samantha E. Beckman*
Samantha E. Beckman
Assistant United States Attorney
Florida Bar No. 102533
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.Beckman@usdoj.gov