**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE NO.: 8:25-cr-00356-VMC-AAS**

**JIMMY LOUIS HARRIS, JR.**
                                        /

**MOTION TO CONTINUE TRIAL**

**COMES NOW** the undersigned attorney, MICHAEL P. MADDUX, Counsel for Defendant, **JIMMY LOUIS HARRIS, JR.**, and moves without opposition to continue the trial term in this matter, pursuant to Title 18, United States Code 3161(h)(7). The grounds for this Motion are as follows:

1.      Mr. Harris is charged in an Indictment with three (3) counts of Conspiracy to Distribute a Controlled Substance and one (1) count of Possession with Intent to Distribute Controlled Substances.

2.      This matter is set for trial during the August 2026 trial term commencing August 3, 2026 (Doc. 100).

3.      The Defendant has received a Plea Agreement and has substantial questions that counsel is attempting to answer so the plea can be knowingly and intelligently entered.

4.      A continuance until October 2026 will allow counsel time to meet with Defendant in person at the Hernando County Jail to hopefully consummate the case with a plea.

5.      Trial Counsel for the United States, Samantha Beckman, Esquire, does not object to the relief sought in this Motion. However, she has a date-certain trial in another matter at the end of September 2026.

6.      A Waiver of Speedy Trial through October 31, 2026, will be filed.

## MEMORANDUM OF LAW

"Because of the great latitude that must be afforded a trial judge in scheduling matters, a trial court has broad discretion in ruling on requests for continuances. [citation omitted]." See *United States v. Garmany*, 762 F.2d 929, 936 (11th Cir.   1985).

**WHEREFORE**, Mr. Harris requests his trial term be continued to October 2026.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Tampa, Florida 33606
Attorney for Defendant
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **15th** day of **July 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*
Michael P. Maddux, Esquire