**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:25-cr-356-VMC-AAS | **DATE:** | August 13, 2026 |
| **HONORABLE AMANDA A. SANOSNE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIMMY LOUIS HARRIS, JR. | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Samantha Beckman | |
| | | **DEFENSE COUNSEL**<br>Michael Maddux | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 2:30 PM – 3:04 PM | **TOTAL:** 34 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

## PROCEEDINGS: GUILTY PLEA PROCEEDINGS

(X)   Defendant sworn.

(X)   Court advises of defendant's Rule 11 rights.

(X)   Plea agreement filed (Doc. 125)

(X)   Plea of guilty entered as to Counts One and Six of the Indictment.

(X)   Factual basis established.

(X)   Guilty plea accepted.

(X)   Referred to probation for pre-sentence investigation.

(X)   Sentencing to be scheduled by separate notice before District Judge Covington.

(X)   Remains in custody.