**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO.: 8:25-cr-00356-VMC-AAS**

**JIMMY LOUIS HARRIS, JR.**
______________________________/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW**, the undersigned attorney, MICHAEL P. MADDUX, and moves without opposition to continue sentencing to a date in December 2026, pursuant to Title 18, United States Code 3161(h)(7). The grounds for this Motion are as follows:

1) Pursuant to a Plea Agreement, Mr. Harris pled guilty on August 13, 2026, to Counts One and Six of the Indictment (Doc. 125). Count One charges the defendant with conspiracy to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. Sections 846 and 841(b)(l)(A). Count two charges possession with the intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S. C. Section 84l(b)(1)(A).

2) Sentencing is currently scheduled for November 12, 2026 , at 11:00 A.M. (Doc. 132).

3) Counsel is unavailable on November 12, 2026, due to a previously scheduled seminar in Orlando from November 12, 2026, to November 13, 2026. Counsel is also unavailable November 16, 2026, through November 25, 2026, due to a preplanned vacation out of the Country.

4) The currently assigned assistant United States Attorney, Smantha E. Beckman, on behalf of the government does not object to the relief sought in the motion.

5) This present motion is submitted in good faith; without any intention to cause unnecessary delay or inconvenience to any party.

6) Mr. Harris is currently incarcerated in the Hernando County Jail.

**MEMORANDUM OF LAW**

"Because of the great latitude that must be afforded a trial judge in scheduling matters, a trial court has broad discretion in ruling on requests for continuances. [citation omitted]." See *United States v. Garmany*, 762 F.2d 929, 936 (11th Cir. 1985).

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant the present Motion and continue sentencing to a date in December 2026.

Respectfully Submitted,

*s/Michael P. Maddux*

Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Tampa, Florida 33606
Attorney for Defendant
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **28th** day of **September 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*
Michael P. Maddux, Esquire